IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UTED STATES DISTRICT COURT
.~ER. COLO.

**MAY 1 9 2006**

.ƦLGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 00945** + B *NB*

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

ABDU LATIF K. ABU-NANTAMBU-EL,

    Plaintiff,

v.

DIRECTOR, FRED J. OLIVA, Denver Sheriff Dep., et al.,
MAJOR GARY WILSON,
CAPLAIN SCOTT,
CAPTAIN D. MCCALL,
CAPTAIN WOOD,
SGT. ROBBINS,
D/S FLINK, and
D/S SCHAEFER,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, a Petition for Immediate Injunctive Relief and Request for

Temporary Restraining Order Pursuant to F.R.Civ.P., Rule 65 and 28 USC § 2283, and

a Prisoner Complaint. The court has determined that the documents are deficient as

described in this order. Notwithstanding the deficiencies, the clerk of the court will be

directed to commence a civil action. Plaintiff will be directed to cure the following if he

wishes to pursue his claims. Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is not certified by a prison official.)
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application**:

(10)  ___  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  _X_  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___19th___ day of ___May_____, 2006.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 00945** -BNB

Adbu Latif K. Abu-Nantambu-El
Prisoner No. 1423120
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on *5-19-06*

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk