IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 15 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00945-BNB

ABDU-LATIF K. ABU-NANTAMBU-EL,

    Plaintiff,

v.

DIRECTOR DENVER SHERIFF DEPT. BILL LOVINGIER,
FORMER DIRECTOR FRED. J. OLIVA,
CHIEF R. FOOS,
MAJOR G. WILSON,
MAJOR P. DEEDS,
M. MALATESTA,
CAPTAIN WOODS,
CAPTAIN D. McCALL,
CAPTAIN BLAIR,
CAPTAIN MEYER,
DENVER COUNTY JAIL CHAPLAIN, CHAPLAIN SCOTT,
SERGEANT ROBBINS,
SERGEANT MURHPHY,
SERGEANT GABEL,
SERGEANT SHELLY,
DEPUTY SHAEFER,
DEPUTY FLINK,
DEPUTY MARIN,
UNNAMED DEPUTY DEFENDANT NUMBER 1,
UNNAMED DEPUTY DEFENDANT NUMBER 2,
UNNAMED DEPUTY DEFENDANT NUMBER 3, and
UNNAMED DEPUTY DEFENDANT NUMBER 4,

    Defendants.

---

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

On June 5, 2006, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), the court ordered Plaintiff

either to pay an initial partial filing fee of $71.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On June 14, 2006, Plaintiff submitted a copy of his inmate trust fund account statement showing that the available balance in his account as of June 8, 2006, is $32.56 and he submitted a payment to the court in the amount of $8.00. The financial affidavit previously filed by Plaintiff reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the entire initial partial filing fee, Plaintiff will be allowed to proceed in this action without payment of the entire initial partial filing fee designated in the court's June 5 order. The court will proceed to review complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of the entire initial partial filing fee, Plaintiff remains obligated to pay the full $350.00 filing fee through monthly installments as directed in the court's June 5 order and reiterated below. Accordingly, it is

ORDERED that Plaintiff may proceed in this action without payment of the entire initial partial filing fee designated in the court's June 5, 2006, order because he has

shown cause why he has no assets and no means by which to pay the entire initial partial filing fee. Plaintiff remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $350.00 filing fee is paid in full, Plaintiff shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Plaintiff is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Plaintiff fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.

DATED June 15, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00945-BNB

Adbu Latif K. Abu-Nantambu-El
Prisoner No. 1423120
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed **two copies of the ORDER** to the above-named individuals on ___6-15-06___

                            GREGORY C. LANGHAM, CLERK

                            By: _____
                                        Deputy Clerk