IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER


Civil Action No. 06-cv-00945-WDM-CBS


ABU-LATIF K. ABU-NANTAMBU-EL,
Plaintiff,
v.
DIRECTOR DENVER SHERIFF DEPARTMENT, BILL LOVINGIER, et al.,
Defendants.
_____

ORDER ON RECOMMENDATIONS OF MAGISTRATE JUDGE
_____

Miller, J.

This matter is before me on recommendations of Magistrate Judge Craig B. Shaffer,

issued January 3, 2007, (doc. no. 64), January 17, 2007, (doc. no. 65) and January 17,

2007, (doc. no. 66) that Defendants' Motion to Dismiss (doc. no. 38) and Motion for

Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (doc. no.

55) be Granted, and Plaintiff's Motions for Temporary Restraining Orders (docs. no. 4 and

41) be Denied.  Plaintiff Abu-Latif Abu-Nantambu-El has not objected to any of these

recommendations and therefore is not entitled to *de novo* review.  28 U.S.C. § § 636(b).

I have reviewed the pertinent portions of the record in this case, including the

Amended Complaint, the four motions at issue and the recommendations.

I agree with Magistrate Judge Shaffer that Plaintiff has failed to demonstrate

appropriate exhaustion of his claims.  This is true even if his initial complaint is taken into

account, which F.R.Civ.P. 15(a) precludes.  Furthermore, I have confirmed that consistent

with the requirements stated in *Jones v. Bock*, 127 S. Ct. (2007), the issue of exhaustion

was raised by Defendants in their Answer (doc. no. 37) as an affirmative defense, as well as being the basis for their motion.  Consequently it is an appropriate grounds for the recommendation.  I also concur that Plaintiff has failed to state a claim upon which relief may be granted against Defendant Malatesta for a violation of 42 U.S.C. § 1986.

With regard to Plaintiff's two Motions for Temporary Restraining Order, which are essentially identical, it is undisputed that Plaintiff was released from prison on September 2, 2006.  Consequently, those motions are moot.

Accordingly, it is ordered:

1.     The Recommendation of Magistrate Judge Shaffer, issued January 3, 2007, (doc. no. 64) is Accepted.

2.     The Recommendation of Magistrate Judge Shaffer, issued January 17, 2007, (doc. no. 65) is Accepted.

3.     The Recommendations of Magistrate Judge Shaffer, issued January 17, 2007, (doc. no. 66) is Accepted.

4.     Defendants' Motion to Dismiss (doc. no. 38) is Granted.  The sixth claim against Defendant Malatesta is Dismissed without prejudice.

5.     Defendants' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Summary Judgment (doc. no. 55) is Granted. Plaintiff's complaint is Dismissed without prejudice.

6.      Plaintiff's Motions for Temporary Restraining Orders (docs. no. 4 and 41) are

Denied.

DATED at Denver, Colorado, on March 2, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge