IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00945-WDM-CBS

ADBU-LATIF K. NANTAMBU-EL,

        Plaintiff,

v.

DIRECTOR DENVER SHERIFF DEPT., BILL LOVINGIER, et al,
FORMER DIRECTOR, FRED J. OLIVA,
CHIEF R. FOOS,
MAJOR G. WILSON,
MAJOR P. DEEDS,
M. MALATESTA,
CAPTAIN WOODS,
CAPTAIN D. MC CALL,
CAPTAIN BLAIR,
CAPTAIN MEYER,
DENVER COUNTY JAIL CHAPLAIN, CHAPLAIN SCOTT,
SERGEANT ROBBINS,
SERGEANT MURPHY,
SERGEANT GABEL,
SERGEANT SHELLY,
DEPUTY SCHAEFER,
DEPUTY FLINK,
DEPUTY MARIN,
UNNAMED DEPUTY DEFENDANT NUMBER 1,
UNNAMED DEPUTY DEFENDANT NUMBER 2,
UNNAMED DEPUTY DEFENDANT NUMBER 3,
UNNAMED DEPUTY DEFENDANT NUMBER 4,

        Defendants.

ORDER TO CURE DEFICIENCY

Miller, Judge

Plaintiff submitted a Notice of Appeal on August 29, 2007. I have determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
- X    is not submitted
- ___ is missing affidavit
- ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- ___ is missing required financial information
- ___ is missing an original signature by the prisoner
- ___ is not on proper form (must use the court's current form)
- ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 30th day of August, 2007.

BY THE COURT:

s/ Walker D. Miller

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO